# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mary Jo Irrgang,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Citibank, N.A.,<br><br>　　　　Defendant. | Case No.: 17-cv-4189-JRT-FLN<br><br>**ORDER TO ARBITRATE AND STAY CASE** |

**IT IS HEREBY ORDERED** that pursuant to the stipulation of the parties, the parties shall submit their claims to binding arbitration and the above-captioned matter shall be stayed pending completion of arbitration.

　　　　　　　　　　　　　　　　**BY THE COURT:**

Dated:  October 5, 2017　　　　*s/Franklin L. Noel*
　　　　　　　　　　　　　　　　Franklin L. Noel
　　　　　　　　　　　　　　　　U.S. Magistrate Judge